FILED
CLERK, U.S. DISTRICT COURT

JUN 10 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION         BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   Case No.: ED16-244m
                                   )
                Plaintiff,         )   ORDER OF DETENTION PENDING
                                   )   FURTHER REVOCATION
        v.                         )   PROCEEDINGS
                                   )   (FED. R. CRIM. P. 32.1(a)(6); 18
Abigail Grace Azhocar              )   U.S.C. § 3143(a)(1))
                                   )
                Defendant.         )
_____)

        The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the ___Southern___ District of

___California___ for alleged violation(s) of the terms and conditions of probation

or supervised release; and

        Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and

         convincing evidence that he/she is not likely to flee if released under 18

         U.S.C. § 3142(b) or (c).  This finding is based on the following:

         (X)   information in the Pretrial Services Report and Recommendation

         (X)   information in the violation petition and report(s)

         (X)   the defendant's nonobjection to detention at this time

         ( )   other: _____

1

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and
convincing evidence that he/she is not likely to pose a danger to the
safety of any other person or the community if released under 18 U.S.C.
§ 3142(b) or (c).  This finding is based on the following:

    (X)    information in the Pretrial Services Report and Recommendation

    (X)    information in the violation petition and report(s)

    (X)    the defendant's nonobjection to detention at this time

    (  )    other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further
revocation proceedings.

Dated: June 10, 2016

_____
SHERI PYM
United States Magistrate Judge